1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                  * * *

9    CECILIA DELA CRUZ and HEROHITO          Case No. 2:12-cv-01283-MMD-PAL
     DELA CRUZ,
10                                                           ORDER
                              Plaintiffs,
11        v.                                 (Plf.'s Motion for Certification – dkt. no. 33;
                                                Plf.'s Notice of Voluntary Dismissal
12   HSBC BANK USA, N.A., et al.,                          – dkt. no. 35)

13                            Defendants.

14

15        Before this Court are Plaintiffs Cecilia Dela Cruz and Herohito Dela Cruz's Motion

16   for 54(b) Certification (dkt. no. 33) and Notice of Voluntary Dismissal (dkt. no. 35).

17        This case arises out of a foreclosure proceeding initiated on Plaintiffs' home.  The

18   factual background is summarized in the Court's April 23, 2013 Amended Order.  (*See*

19   dkt. no. 36.)  After the Court dismissed with prejudice all claims against Defendants, with

20   the exception of those that are subject to an automatic bankruptcy stay, Plaintiffs filed a

21   Notice of Appeal seeking review of the Court's dismissal.  (*See* dkt. no. 31.)  On March

22   6, 2013, the Clerk of the Ninth Circuit issued an order to show cause as to why the

23   appeal should not be dismissed for lack of jurisdiction, noting that the Court's dismissal

24   order did not dispose of the action as to all claims and all parties.  (*See* dkt. no. 34-1.)

25   Thereafter, Plaintiffs filed a motion seeking judgment under Fed. R. Civ. P. 54(b),

26   presumably to allow them to appeal.  (*See* dkt. no. 33.)   Nevertheless, the notice of

27   appeal "confer[red] jurisdiction on the court of appeals and divest[ed this Court] of

28   control over those aspects of the case involved in the appeal." *Griggs v. Provident*

*Consumer Discount Co.*, 459 U.S. 56, 58 (1982).  As the appeal has yet to conclude, the Court is without jurisdiction to entertain Plaintiffs' Motion.

Similarly, the Court is without jurisdiction to review Plaintiffs' Notice of Voluntary Dismissal.  (*See* dkt. no. 35.)  Although Plaintiffs seek to voluntarily dismiss Defendant GMAC Mortgage, LLC ("GMAC") without court order, which is permitted by Fed. R. Civ. P. 41(a)(1), this Court lacks jurisdiction over Plaintiffs' claims against GMAC until the termination of Plaintiffs' appeal.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs Cecilia Dela Cruz and Herohito Dela Cruz's Motion for 54(b) Certification (dkt. no. 33) is DENIED.

IT IS FURTHER ORDERED that Plaintiffs are to re-file any Rule 41 notices or motions with this Court after resolution of Plaintiffs' appeal before the Ninth Circuit.

ENTERED THIS 6th day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE