JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA DELA CRUZ and HEROHITO DELA CRUZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for DEUTSCHE ALT-ASECURITIES MORTGAGE LOAN TRUST, SERIES 2007-4; GMAC MORTGAGE, LLC fka GMAC MORTGAGE CORPORATION; DOES I through X and ROE, CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2-12-cv-01283-MMD-PAL |

2272.024402-th

### STIPULATION AND ORDER FOR DISMISSAL

Plaintiffs CECLIA DELA CRUZ and HEROHITO DELA CRUZ, and Defendants HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for DEUTSCHE ALT-ASECURITIES MORTGAGE LOAN TRUST, SERIES 2007-4; GMAC MORTGAGE, LLC dka GMAC MORTGAGE CORPORATION, by and through their respective counsel, hereby agree and stipulate,

1. That Plaintiffs have moved to dismiss their appeal with the Ninth Circuit Court of Appeals; and

. . .

. . .

2. To a dismissal of all claims asserted in this action against Defendants, in their entirety, with prejudice, and each party to bear their own attorney's fees and costs.

DATED this 3rd of September, 2013.

JOHN PETER LEE, LTD.

By: *[signature]*
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada State Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*

DATED this 3rd of September, 2013.

WOLFE & WYMANN, LLP

By: /s/ Christopher Turtzo, Esq.
CHRISTOPHER TURTZO, ESQ.
Nevada Bar No. 010253
980 Kelly Johnson Dr., Suite 140
Las Vegas, Nevada 89119
*Attorney for Defendants*

**IT IS SO ORDERED.**

DATED this __3rd__ day of __September__, 2013.

*[signature]*
DISTRICT COURT JUDGE

Submitted by:

JOHN PETER LEE, LTD.

By: *[signature]*
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada State Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*